IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-08844 BKT

MARIA DEL CARMEN DE LA PAZ MEDINA

Chapter 13

XXX-XX-1338

FILED & ENTERED ON 07/12/2011

Debtor(s)

ORDER

The trustee to state position within twenty-one (21) days as to debtor's reply filed on 07/08/2011 (Docket No. 21).

SO ORDERED.

San Juan, Puerto Rico, this 12 day of July, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
    MARILYN VALDES ORTEGA
    JOSE RAMON CARRION MORALES
    US TRUSTEE